IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH SCOTT EZELL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-4125 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

On January 19, 2007, this court entered an order dismissing Joseph Scott Ezell's petition for a writ of habeas corpus under 28 U.S.C. § 2254 based on lack of jurisdiction. There was no indication that the United States Court of Appeals for the Fifth Circuit had authorized this court to consider the successive habeas application. (Docket Entry No. 4). To the extent Ezell complained of civil rights violations, he was barred under 28 U.S.C. § 1915(g) from proceeding *in forma pauperis* in that action. Since then, Ezell has filed several motions that essentially seek reconsideration. (Docket Entry Nos. 45, 47, & 49). These motions are denied for the reasons stated in this court's order entered on January 19, 2007.

Ezell's motions to proceed *in forma pauperis,* (Docket Entry Nos. 46, 48, & 50), are denied.

SIGNED on January 6, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge