IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH SCOTT EZELL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-4125 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

## ORDER

On January 19, 2007, this court entered an order dismissing Joseph Scott Ezell's petition for a writ of habeas corpus under 28 U.S.C. § 2254 for lack of jurisdiction because the petition was successive and there was no indication on the record that the United States Court of Appeals for the Fifth Circuit had authorized this court to consider it. (Docket Entry No. 4). This court concluded that to the extent Ezell complained of civil rights violations, he was barred under 28 U.S.C. § 1915(g) from proceeding *in forma pauperis*. Ezell's motion challenging those rulings, (Docket Entry No. 81), is denied for the reasons stated in this court's January 19, 2007 order. Ezell's motion to proceed *in forma pauperis,* (Docket Entry No. 82), is also denied.

SIGNED on December 22, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge